UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# FILED

OCT 1 7 2006

**CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR. NO. 02-80918
HONORABLE BERNARD A. FRIEDMAN

VINCENT HARDMAN,

Defendant.

_____/

## ORDER FOR TRAVEL EXPENSES

Upon the application of Defendant, VINCENT HARDMAN, for travel expenses,

pursuant to 18 U.S.C. § 4285, and the Court being apprised of Defendant's indigence;

**IT IS HEREBY ORDERED** that the U.S. Marshal furnish Defendant, VINCENT

HARDMAN, with one -way, non-custodial transportation from Detroit, Michigan to FCI

McKean, Box 5000, Bradford, PA 16701, so that he may report to his federally designated

facility for service of his sentence.

**HONORABLE ROBERT H. CLELAND**
**United States District Judge**
In the absence of
**HONORABLE BERNARD A. FRIEDMAN**
**United States District Judge**

Entered: **OCT 17 2006**